**Electronically Filed
Intermediate Court of Appeals
29659
18-OCT-2011
08:05 AM**

NO. 29659

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
SAMUEL WALKER, also known as Samuel Ahsan, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0586)


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Samuel Walker, also known as Samuel Ahsan's Motion for Reconsideration filed on October 10, 2011, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawaiʻi, October 18, 2011.


Chief Judge


Associate Judge


Associate Judge